JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
By: Daniel J. Valim, Deputy (SBN 233061)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone:  (650) 363-4750
Facsimile:  (650) 363-4034
E-mail:  dvalim@smcgov.org

Attorneys for Defendant
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY NIEVES,<br><br>             Plaintiff,<br><br>       vs.<br><br>COUNTY OF SAN MATEO, ET AL.,<br><br>             Defendant | Case No. CV 14-05160 VC<br><br>**JOINT STIPULATION FOR REQUEST FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER** |

　　　　The parties in this matter, Plaintiff Nancy Nieves and Defendant County of San Mateo, hereby submit this Joint Stipulated Request for Order Continuing Initial Case Management Conference, currently scheduled for March 10, 2015.  The parties request a new date for the Initial Case Management Conference approximately 90 days out from the current date of March 10, 2015 for the following reasons:

　　　　1.　　The parties are currently discussing settlement and exchanging informal discovery;

　　　　2.　　Because this is an action under the Fair Labor Standards Act Plaintiff has requested attorneys' fees if she prevails on the merits of the case.  In order to facilitate more effective settlement discussions, the parties seek to avoid incurring unnecessary attorneys' fees  at this time;

　　　　3.　　The parties seek to serve the interests of judicial economy and eliminate any unnecessary burdens on the parties by postponing the Initial Case Management Conference and all deadlines that accompany it such as the filing of a Joint Initial Case Management Statement until after the parties conclude their initial settlement discussions.  The Initial Case Management Statement is currently due on

1 March 3, 2015 but would be continued along with the Conference.

2     4.    A continuance of 90 days will provide the parties with sufficient time to exchange formal
3 discovery and, if a settlement is reached, negotiate its terms and seek any necessary approval from
4 Defendant's governing body.

5 Dated:  February 26, 2015.                      Respectfully submitted,

6                                                 JOHN C. BEIERS, COUNTY COUNSEL

8                                                 By: _____/s/_____
9                                                      Daniel J. Valim, Deputy
10                                                 Attorneys for Defendant
                                                COUNTY OF SAN MATEO

12 Dated:  February 26, 2015.                      JASON M. ELRICH,
                                                MCCORMACK & ELRICH, LLP

14                                                 By:_____/s/_____
15                                                    Jason M. Erlich, Esq.
                                                 Attorneys for Plaintiff
16                                                  NANCY NIEVES

18 **GOOD CAUSE APPEARING, AND PURSUANT TO STIPULATION, IT IS SO**
19 **ORDERED:**

20     The Court hereby grants the stipulated request of the parties and sets a new date for the Initial
21 Case Management Conference of _____June 9, 2015, at 10:00 a.m__.  All deadlines accompanying the
22 Initial Case Management Conference, such as the Initial Case Management Statement are continued to
23 the corresponding date as defined by statute.

25 Dated: March 2, 2015                              _____
26                                                 HONORABLE VINCE CHHABRIA